**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LODSYS LLC, *et al.*<br>    Plaintiff,<br>v.<br><br>BROTHER INTERNATIONAL<br>CORPORATION, *et al.*;<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:11-cv-90-JRG<br>**LEAD CASE** |
| LODSYS GROUP, LLC,<br>    Plaintiff,<br>v.<br><br>GMCI INTERNET OPERATIONS. INC., *et al.*;<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:12-cv-291-JRG |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Plaintiff Lodsys Group, LLC's and Defendant Playboy Enterprises, Inc.'s Joint Motion to Dismiss With Prejudice all claims and counterclaims between Plaintiff Lodsys Group, LLC and Defendant Playboy Enterprises, Inc., it is ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Lodsys Group, LLC and Defendant Playboy Enterprises, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 6th day of June, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE